## THIRD DEPARTMENT, OCTOBER, 1908.

Barnet Textile Company, Respondent, v. William Greilich, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

H. Nelson Brown v. Edgar A. Newell.— Motion granted, with ten dollars costs, unless appellant serves printed papers within thirty days and pays ten dollars costs of motion, in which case motion denied.

Eugene B. Curtis v. Harriet A. Curtis and Others.— Motions denied, with ten dollars costs in one motion.

John J. Kiley v. Edith Brockway, as Executrix, etc., and Others.— Motion denied.

The Joseph Laurer Brewing Company v. Daniel W. Ehresman.— Motion denied.

In the Matter of the Application of Alice E. Fenn, an Infant, Individually, and by Catherine D. Fenn, Her Guardian ad Litem, to Lay Out a Highway in the Town of Putnam and the Assessment of Damages Therefor.— Order of the County Court confirmed, without costs. No opinion. All concurred.

The People of the State of New York, Plaintiff, v. Merchants Trust Company, Defendant. Edward I. Goodrich, Petitioner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Leonard Sheldon, Jr., Appellant, v. Benjamin Sheldon and Stephen F. Avery, as Executors, etc., of Leonard Sheldon, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Cochrane, J., not sitting.

Andrew Shoemaker, Respondent, v. General Electric Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

The Village of Waverly v. The Waverly Water Company and Others.— Motion for leave to appeal to Court of Appeals granted and question certified as follows: Is the petition sufficient in law to authorize the granting of the relief asked for?